IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STACY THOMPSON**

**PLAINTIFF**

**v.**   **CIVIL ACTION NO. 2:23-cv-00027-KS-MTP**

**PIERCE AUTOMOTIVE, INC. dba**   **DEFENDANTS**
**TOYOTA OF HATTIESBURG, JAKE**
**BOLTON, ALTON PEIRCE, AND**
**JOHN DOES**

## JUDGMENT OF DISMISSAL

This cause comes before the Court on [54] Joint Stipulation for Dismissal With Prejudice, announcing that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket:

IT IS HEREBY ORDERED and adjudged that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED and adjudged that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 9th day of August 2024.

/s/Keith Starrett
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE